**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Date of Arrest: May 8, 2014

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Claudia Fatima Robles,<br>Defendant.<br><br>YOB: 1988<br>United States Citizen | Magistrate's Case No. 14-1543MJ<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. §§ 952 and 960<br>Importation of a Controlled<br>Substance<br>Count One<br><br>21 U.S.C. § 841, Possession of a<br>Controlled Substance with Intent<br>to Distribute<br>Count Two |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about May 8, 2014, at or near San Luis, Arizona, within the District of Arizona, the defendant, Claudia Fatima Robles, did knowingly and intentionally import a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers; a Schedule II Controlled Substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960(a) and (b)(3).

COUNT TWO

On or about May 8, 2014, at or near San Luis, Arizona, within the District of Arizona, the defendant, Claudia Fatima Robles, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers; a Schedule II Controlled Substance, into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

U.S. Vs ROBLES

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Fred Cocio

Monica Laguna
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence, May 09, 2014 at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

United States
v.
Claudia Fatima Robles

**STATEMENT OF FACTS**

I, Monica Laguna, being duly sworn do state the following:

On May 8, 2014, at approximately 4:00 p.m., the defendant, Claudia Fatima Robles (Robles), applied for entry into the United States from the Republic of Mexico, via the vehicle lanes at the San Luis, Arizona Port of Entry. She was the driver and sole occupant of a light blue Grand Marquis bearing Arizona temporary permit VP60208.

The Customs and Border Protection Officer (CBPO) Primary Officer who encountered Robles noted a strong odor similar to vinegar emitting from the vehicle and also noted that she was exhibiting what seemed to be nervous behavior. The CBP Officer further noted Robles avoided eye contact and recognized the vehicle as matching the description of a vehicle which they had just received information indicating the vehicle may contain narcotics. The CBP primary officer obtained a Customs negative declaration from Robles and referred her to vehicle secondary inspection.

During the secondary inspection, CBP Officers utilized a canine to search the exterior of Robles' vehicle and they obtained an alert to the dashboard of the vehicle. Subsequent inspection revealed ten packages concealed within the dashboard of the vehicle. A random package was probed and produced a white crystalline substance which field tested positive for the presence of methamphetamine. The packages had a total approximate weight of four point forty-five kilograms (4.45 kgs.).

During a post *Miranda* interview, Robles admitted knowledge of the narcotics concealed within the vehicle she was driving and states she was to be paid $3,000 for successfully delivering the drug laden vehicle to the McDonald's restaurant located in San Luis, Arizona.

/ /

/ /

/ /

/ /

/ /

United States v. Robles

Based on the foregoing, there is probable cause to believe that Robles committed the offense as alleged in the complaint.

_____
Monica Laguna
Special Agent - Homeland Security Investigations


Sworn to before me and subscribed in my presence, May 09, 2014, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge