# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Claudia Fatima Robles,<br><br>        Defendant. | No. 14-1543MJ<br><br>**ORDER** |

To correct a scrivener's error, and in accord with what the defendant was advised by the Court on the record, **IT IS HEREBY ORDERED** amending the May 14, 2014 Order Setting Conditions of Release as to defendant, Claudia Fatima Robles, to indicate the defendant is not to travel outside of Arizona unless express prior Court or Pretrial Services permission is granted to do so.

DATED this 4th day of June, 2014.

_____
David K. Duncan
United States Magistrate Judge